UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United of Omaha Life Insurance Co., | Civil 08-2696 JNE/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Laureen Mountcastle and Jamila Johnson, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 29, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Laureen Mountcastle's Motion for Default Judgment [#10] is **GRANTED**. Ten days from the date of this Court's determination of Plaintiff's reasonable attorney's fees, if any, Plaintiff shall pay Laureen Mountcastle $10,000 (including any interest or accruals the life insurance proceeds may have generated) less any reasonable attorney's fees allowed by the Court.

DATED: November 19, 2008.          s/ Joan N. Ericksen
at Minneapolis, Minnesota            JUDGE JOAN N. ERICKSEN
                                      United States District Court